```
DEBRA A BUCHANAN              CITIBANK/HOME DEPOT           FLEETMATIES
972 GARVIN STREET             CENTRALIZED BANKRUPTCY        1100 WINTER STREET
JACKSON, MS 39206             P. O. BOX 790034              SUITE 4600
                              ST LOUIS, MO 63179            WALTHAM, MA 02451


R. MICHAEL BOLEN MISS. BAR    COMCAST BUSINESS SERVI        HOME DEPOT
HOOD & BOLEN, PLLC            500 ENTERPRISE RD.            BANKRUPTCY DEPT.
ATTORNEYS AT LAW              HORSHAM, PA 19044             2455 PACES FERRY RD NW
3770 HIGHWAY 80 WEST                                        ATLANTA, GA 30339-4024
JACKSON, MS 39209


ATG CREDIT                    COMCAST CABLE                 IC SYSTEMS
P.O. BOX 14894                CREDIT & COLLECTIONS          P.O. BOX 64437
CHICAGO, IL 60614-4895        5915-I-55 NORTH               SAINT PAUL, MN 55164-04
                              JACKSON, MS 39213


BANCORPSOUTH                  COMENITY BANK/ROAMANS         IRS
MAIN BRANCH                   ATTN: BANKRUPTCY              CENTRALIZED INSOLVENCY
ONE MISSISSIPPI PLAZA         P. O BOX 182125               P. O. BOX 7346
TUPELO, MS 38804              COLUMBUS, OH 43218            PHILADELPHIA, PA 19101-


BANCORPSOUTH                  COMMUNITY BANK                IRS
525 EAST CAPITOL ST.          6158 OLD CANTON RD.           SUITE 504
JACKSON, MS 39201             JACKSON, MS 39211             100 W. CAPITOL STREET
                                                            JACKSON, MS 39201


BANDFIELD PET HOSPITAL        COMMUNITY BANK                JACKSON AREA FEDERAL
6333 I-55 N.                  1255 W. GOVERNMENT ST.        5675 HIGHWAY 18 W
JACKSON, MS 39213             BRANDON, MS 39042             JACKSON, MS 39209


BANK OF AMERICA               COMMUNITY BANK                LES ALVIS, III, ESQ.
4909 SAVARESE CIRCLE          SUITE 820                     ATTORNEY AT LAW
FL1-908-01-50                 119 COLONY CROSSING           P. O. BOX 1836
TAMPA, FL 33634               MADISON, MS 39110             TUPELO, MS 38802


BEEMON DRUGS                  DELL FINANCIAL SERVICES       LINCOLN AUTOMOTIVE FIN.
1220 E NORTHSIDE DR.          ATTN: PRESIDENT/CEO           ATTN: BANKRUPTCY
STE. 340                      P. O. BOX 81577               P. O. BOX 542000
JACKSON, MS 39211             AUSTIN, TX 78708              OMAHA, NE 68154


CAPITAL ONE                   DIRECT CAPITAL                MACY'S
ATTN: BANKRUPTCY              155 COMMERCE WAY              9111 DUKE BLVD.
PO BOX 30285                  PORTSMOUTH, NH 03801          MASON, OH 45040
SALT LAKE CITY, UT 84130
```

```
MERIT HEALTH CENTER           ONEMAIN FINANCIAL            SERVICE FINANCE CO.
1850 CHADWICK DR.             ATTN: BANKRUPTCY             SUITE 200
JACKSON, MS 39204-3404        601 NW 2ND STREET            555 S. FEDERAL HWY.
                              EVANSVILLE, IN 47708         BOCA RATON, FL 33432


MISS. DES                     ORIGIN BANK                  SHAPIRO & MASSEY
P. O. BOX 1699                2211 NORTH 7TH STREET        1080 RIVER OAKS DR.
JACKSON, MS 39215-1699        WEST MONROE, LA 71291        SUITRE B-202
                                                           FLOWOOD, MS 39232


MISS. DOR                     ORIGIN BANK                  SPRINGLEAF FINANCIAL
P. O. BOX 22808               1910 MAIN STREET             LEFLEUR'S GALLERY
BANKRUPTCY SECTION            MADISON, MS 39110            4800 I 55 N. # 9
JACKSON, MS 39225                                          JACKSON, MS 39211


MR. COOPER                    ORIGIN BANK                  SYNCHRONY BANK/LOWES
ATTN: BANKRUPTCY              203 PROMENADE BLVD.          ATTN:  BANKRUPTCY DEPT
8950 CYPRESS WATERS BV        FLOWOOD, MS 39232            PO BOX 965060
COPPELL, TX 75019                                          ORLANDO, FL 32896


MR. COOPER                    PRINCIPIS CAPITAL            SYNCHRONY/LENNOX-SERV.
P. O. BOX 650783              111 TOWN SQUARE PLACE        ATTN: BANKRUPTCY
DALLAS, TX 75265              STE. 700                     P. O. BOX 965060
                              JERSEY CITY, NJ 07310        ORLANDO, FL 32896


NATIONSTAR MORTGAGE           REGIONS BANK                 TRUSTMARK  BANK
350 HIGHLAND DRIVE            ATTN: BANKRUPTCY             P.O. BOX 291
LEWISVILLE, TX 75067          P. O. BOX 10063              JACKSON, MS 39205-0291
                              BIRMINGHAM, AL 35244


O'REILY AUTO PARTS            REYNOLDS AND REYNOLDS        U S ATTORNEY/IRS
P.O. BOX 9464                 P.O. BOX 182206              SUITE 4.430
SPRINGFIELD, MO 65801-9464    COLUMBUS, OH 43218-2206      501 EAST COURT ST.
                                                           JACKSON, MS 39201


ONEMAIN                       SARAH BETH WILSON, ESQ       U. S. BANK
1590 W. GOVERNMENT ST.        600 CONCOURSE, STE 100       POBOX 5229
CROSSGATES VILLAGE            1076 HIGHLAND COLONY         CINCINNATI, OH 45201
BRANDON, MS 39042-2418        RIDGELAND, MS 39157


ONEMAIN                       SCHUMACHER CLINIC GROU       VISA NAT. BANK/MACY'S
1068 HWY, 51-B                200 CORP. BLVD.              ATTN: BANKRUPTCY
MADISON, MS 39110             LAFAYETTE, LA 70508          P. O. BOX 8053
                                                           MASON, OH 45040
```