7/10/18 9:58PM

**Fill in this information to identify your case:**

Debtor 1: **Debra A Buchanan**
First Name  Middle Name  Last Name

Debtor 2: 
(Spouse if, filing)
First Name  Middle Name  Last Name

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF MISSISSIPPI

Case number: **18-02672**
(if known)

☐ Check if this is an amended filing

# B 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

**Unsecured claim**

**1**
**ATG Credit**
**P.O. Box 14894**
**Chicago, IL 60614-4895**

What is the nature of the claim? **Business**    $ **$1,058.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)   $ _____
Value of security:   - $ _____
Unsecured claim   $ _____

Contact
Contact phone

**2**
**Beemon Drugs**
**1220 E Northside Dr.**
**Ste. 340**
**Jackson, MS 39211**

What is the nature of the claim?    $ **$1,560.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)   $ _____
Value of security:   - $ _____

Contact

7/10/18 9:58PM

| Debtor 1 | **Debra A Buchanan** | Case number *(if known)* | **18-02672** |
|---|---|---|---|

Contact phone       Unsecured claim      $

---

**3**

**Capital One**
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

What is the nature of the claim?     $ **$11,000.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)   $
                Value of security:   - $
                Unsecured claim   $

Contact

Contact phone

---

**4**

**Comcast Business Servi**
500 Enterprise Rd.
Horsham, PA 19044

What is the nature of the claim?     $ **$4,899.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)   $
                Value of security:   - $
                Unsecured claim   $

Contact

Contact phone

---

**5**

**Comenity Bank/Roamans**
Attn: Bankruptcy
P. O Box 182125
Columbus, OH 43218

What is the nature of the claim?     $ **$486.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)   $
                Value of security:   - $
                Unsecured claim   $

Contact

Contact phone

---

**6**

**Dell Financial Services**
Attn: President/CEO
P. O. Box 81577
Austin, TX 78708

What is the nature of the claim?    **Business**    $ **$4,055.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 2

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **Debra A Buchanan**   Case number *(if known)*  **18-02672**

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)  $
  - Value of security:  - $
  - Unsecured claim  $

---

**7**

**Direct Capital**
**155 Commerce Way**
**Portsmouth, NH 03801**

What is the nature of the claim?  **Business**  $ **$19,500.00**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)  $
  - Value of security:  - $
  - Unsecured claim  $

---

**8**

**Fleetmaties**
**1100 Winter Street**
**Suite 4600**
**Waltham, MA 02451**

What is the nature of the claim?  **Business**  $ **$2,780.00**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)  $
  - Value of security:  - $
  - Unsecured claim  $

---

**9**

**Lincoln Automotive Fin.**
**Attn: Bankruptcy**
**P. O. Box 542000**
**Omaha, NE 68154**

What is the nature of the claim?  $ **$14,891.00**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)  $
  - Value of security:  - $
  - Unsecured claim  $

---

**10**

**Macy's**
**9111 Duke Blvd.**
**Mason, OH 45040**

What is the nature of the claim?  $ **$650.00**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent

B 104 (Official Form 104)   For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   Page 3

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor 1  **Debra A Buchanan**  Case number *(if known)*  **18-02672**

☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)  $ _____
  Value of security:  - $ _____
  Unsecured claim  $ _____

Contact
Contact phone

---

**11**

**Miss. DOR**
**P. O. Box 22808**
**Bankruptcy Section**
**Jackson, MS 39225**

**What is the nature of the claim?**  $ **$7,000.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)  $ _____
  Value of security:  - $ _____
  Unsecured claim  $ _____

Contact
Contact phone

---

**12**

**O'Reily Auto Parts**
**P.O. Box 9464**
**Springfield, MO 65801-9464**

**What is the nature of the claim?**  $ **$1,074.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)  $ _____
  Value of security:  - $ _____
  Unsecured claim  $ _____

Contact
Contact phone

---

**13**

**OneMain Financial**
**Attn: Bankruptcy**
**601 Nw 2nd Street**
**Evansville, IN 47708**

**What is the nature of the claim?**  $ **$12,654.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)  $ _____
  Value of security:  - $ _____
  Unsecured claim  $ _____

Contact
Contact phone

---

B 104 (Official Form 104)   For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   Page 4

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

7/10/18 9:58PM

Debtor 1  **Debra A Buchanan**  Case number *(if known)*  **18-02672**

---

**14**

**Principis Capital**
**111 Town Square Place**
**Ste. 700**
**Jersey City, NJ 07310**

What is the nature of the claim?  **Businesss**  $ **$80,000.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)  $
 Value of security:  - $
 Unsecured claim  $

Contact

Contact phone

---

**15**

**Regions Bank**
**Attn: Bankruptcy**
**P. O. Box 10063**
**Birmingham, AL 35244**

What is the nature of the claim?  **Business**  $ **$918.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)  $
 Value of security:  - $
 Unsecured claim  $

Contact

Contact phone

---

**16**

**Reynolds and Reynolds**
**P.O. Box 182206**
**Columbus, OH 43218-2206**

What is the nature of the claim?  **Business**  $ **$128.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)  $
 Value of security:  - $
 Unsecured claim  $

Contact

Contact phone

---

**17**

**Schumacher Clinic Grou**
**200 Corp. Blvd.**
**Lafayette, LA 70508**

What is the nature of the claim?  $ **$700.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No

---

B 104 (Official Form 104)  For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims  Page 5

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

7/10/18  9:58PM

Debtor 1  **Debra A Buchanan**  Case number *(if known)*  **18-02672**

Contact

☐ Yes. Total claim (secured and unsecured)  $ _____
Value of security:  - $ _____
Unsecured claim  $ _____

Contact phone

---

**18**

**Service Finance Co.**
**Suite 200**
**555 S. Federal Hwy.**
**Boca Raton, FL 33432**

**What is the nature of the claim?**  **Business debt**  $ **$6,629.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)  $ _____
Value of security:  - $ _____
Unsecured claim  $ _____

Contact

Contact phone

---

**19**

**Trustmark Bank**
**P.O. Box 291**
**Jackson, MS 39205-0291**

**What is the nature of the claim?**  **Business debt**  $ **$13,490.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)  $ _____
Value of security:  - $ _____
Unsecured claim  $ _____

Contact

Contact phone

---

**20**

**Visa Nat. Bank/Macy's**
**Attn: Bankruptcy**
**P. O. Box 8053**
**Mason, OH 45040**

**What is the nature of the claim?**  $ **$706.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)  $ _____
Value of security:  - $ _____
Unsecured claim  $ _____

Contact

Contact phone

---

**Part 2:   Sign Below**

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X  **/s/ Debra A Buchanan**
   **Debra A Buchanan**

X  _____
   Signature of Debtor 2

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 6

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

7/10/18 9:58PM

Debtor 1  **Debra A Buchanan**   Case number *(if known)*  **18-02672**

Signature of Debtor 1

Date  **July 10, 2018**   Date

B 104 (Official Form 104)   For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   Page 7

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy