## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

DEBRA A. BUCHANAN                                                                 CASE NO. 18-02672-EE

      DEBTOR.                                                                            CHAPTER 11

To:    R. Michael Bolen
        Hood & Bolen, PLLC
        3770 Hwy. 80 West
        Jackson, MS 39209
        rmb@hoodbolen.com

### Notice

**NOTICE IS HEREBY GIVEN** that you have failed to comply with Federal Rules of Bankruptcy Procedure 2014 and 11 U.S.C. § 327.

- Application/Motion to Employ Attorney for Debtor with Certificate of Service and Verified Statement **NOT** filed.

**YOU ARE FURTHER NOTIFIED** that failure to cure the above deficiency(ies) within fourteen (14) days of this notice may result in an Order To Show Cause being issued or in other action by the Court.

Dated: July 11, 2018                                                          Danny L. Miller, Clerk of Court
                                                                                       By: Debra Sawyer, Case Administrator
                                                                                          P.O. Box 2448
                                                                                           Jackson, MS 39225-2448
                                                                                           601-608-4634