| | | |
|---|---|---|
| **DANNY L. MILLER**<br>**CLERK OF COURT**<br>**(601) 608–4600** | **UNITED STATES BANKRUPTCY COURT**<br>**SOUTHERN DISTRICT OF MISSISSIPPI**<br>**JACKSON, MISSISSIPPI 39225–2448** | **MAILING ADDRESS:**<br>**P. O. BOX 2448**<br>**STREET ADDRESS:**<br>**2ND FLOOR, SUITE 2.300**<br>**501 EAST COURT STREET** |

**Parties Noticed:**

R. MICHALE BOLEN, ESQ.

RONALD MCALPIN, ESQ.

In re:   Debra A Buchanan

Bankruptcy Case No.:   18–02672–ee

NOTICE OF HEARING

**NOTICE IS HEREBY GIVEN** that there will be a hearing on **APPLICATION TO EMPLOY ATTORNEYS (DKT #15) FILED BY R. MICHAEL BOLEN ON BEHALF OF THE DEBTOR** in regard to the above referenced case on **Tuesday, August 21, 2018** at **01:30 PM**, or as soon thereafter as counsel can be heard, in **the United States Courthouse, Bankruptcy Courtroom 4D, 501 East Court Street, Jackson, Mississippi.**

**Please notify your clients of this hearing.**

Dated: 7/16/18

Danny L. Miller, Clerk of Court
U.S. Bankruptcy Court
501 East Court Street, Suite 2.300
P.O. Box 2448
Jackson, MS 39225–2448
601–608–4600

hn002ee