| | | |
|---|---|---|
| **DANNY L. MILLER**<br>**CLERK OF COURT**<br>(601) 608–4600 | **UNITED STATES BANKRUPTCY COURT**<br>**SOUTHERN DISTRICT OF MISSISSIPPI**<br>JACKSON, MISSISSIPPI 39225–2448 | **MAILING ADDRESS:**<br>**P. O. BOX 2448**<br>**STREET ADDRESS:**<br>2ND FLOOR, SUITE 2.300<br>501 EAST COURT STREET |

**Parties Noticed:**

DEBRA A. BUCHANAN, DEBTOR–IN–POSSESSION

R. MICHAEL BOLEN, ATTORNEY FOR DEBTOR–IN–POSSESSION

CHRISTOPHER J. STEISKAL, SR., ATTORNEY FOR UNITED STATES TRUSTEE

JEFF D. RAWLINGS, ATTORNEY FOR COMMUNITY BANK

ALL PARTIES FILING A NOTICE OF APPEARANCE

                              **In re:**   Debra A Buchanan

                        **Bankruptcy Case No.:**  18–02672–ee

### NOTICE OF HEARING AND DEADLINES

**YOU ARE HEREBY NOTIFIED** that there will be a Combined Preliminary and Final Hearing on **MOTION TO ABANDON COLLATERAL AND LIFT STAY, OR ALTERNATIVELY FOR ADEQUATE PROTECTION (DKT. # 19) FILED BY COMMUNITY BANK** in regard to the above referenced case on **Tuesday, August 21, 2018** at **01:30 PM** , or as soon thereafter as counsel can be heard, in the United States Courthouse, Bankruptcy Courtroom 4D, 501 East Court Street, Jackson, Mississippi.

**YOU ARE FURTHER NOTIFIED** that you are required to serve an ANSWER or Response to this Motion upon the attorney for the movant and to file the Answer or Response with this Court on or before **August 17, 2018**. IN THE EVENT SUCH WRITTEN ANSWER OR OTHER RESPONSIVE PLEADING IS NOT SO FILED ON OR BEFORE THIS DATE, THE COURT MAY ENTER AN ORDER EX PARTE WITHOUT THE HEARING ON August 21, 2018. HOWEVER, THE HEARING WILL REMAIN ON THE COURT DOCKET UNTIL AN ORDER HAS BEEN SUBMITTED BY ONE OF THE PARTIES.

ARRANGEMENTS FOR A COURT RECORDER, IF DESIRED, MAY BE MADE BY CONTACTING THE COURT AT YOUR EARLIEST CONVENIENCE OR AT LEAST FIVE (5) DAYS PRIOR TO THE SCHEDULED HEARING. A COURT RECORDER WILL THEN BE PROVIDED BY THE BANKRUPTCY COURT.

**Please notify your clients of this hearing.**

Dated: 7/20/18

                                            Danny L. Miller, Clerk of Court
                                            U.S. Bankruptcy Court
                                            501 East Court Street, Suite 2.300
                                            P.O. Box 2448
                                            Jackson, MS 39225–2448
                                            601–608–4600

hn001ee