UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

In re: Debra A. Buchanan  Case no. 18-02672-NPO
  Chapter 11
Debtor-in-Possession

## CERTIFICATE OF SERVICE

    I, R. Michael Bolen, do hereby certify that I have this day sent by electronic mail, electronic filing transmission, hand delivered or mailed by first class mail, postage prepaid, a true and correct copy of the order [Dkt. # 59] approving disclosure statement, fixing time for filing acceptances or rejections of plan and notice of hearing; the approved disclosure statement [Dkt. # 50]; the proposed plan [Dkt. # 51] of reorganization; and a ballot for voting to the parties listed below and those on the matrix that is on file for this case on this the 30th day of December, 2018.

*R. Michael Bolen*
R. Michael Bolen

U. S. Trustee
Suite 6-430
501 E. Court St.,
Jackson, MS 39201
USTPRegion05.JA.ECF@usdoj.gov

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0538-3<br>Case 18-02672-NPO<br>Southern District of Mississippi<br>Jackson-3 Divisional Office<br>Sat Dec 29 15:33:27 CST 2018 | MISSISSIPPI DEPARTMENT OF REVENUE<br>Mississippi Department of Revenue<br>P.O. Box 22828<br>Sylvie D. Robinson<br>Jackson, MS 39225-2828 | Nationstar Mortgage LLC d/b/a Mr. Cooper<br>RAS Crane LLC<br>10700 Abbotts Bridge Road, Suite 170<br>Duluth, GA 30097-8461 |
| Origin Bank<br>c/o William H. Leech<br>P.O. 6020<br>Ridgeland, MS 39158-6020 | U.S. Bankruptcy Court<br>501 East Court Street, Suite 2.300<br>P.O. Box 2448<br>Jackson, MS 39225-2448 | AT&T CORP<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 |
| ATG Credit<br>P.O. Box 14894<br>Chicago, IL 60614-8542 | (p)BANCORPSOUTH<br>BANKRUPTCY DEPARTMENT<br>P O BOX 4360<br>TUPELO MS 38803-4360 | Bandfield Pet Hospital<br>6333 I-55 N.<br>Jackson, MS 39213-9742 |
| Bank of America<br>4909 Savarese Circle<br>F11-908-01-50<br>Tampa, FL 33634-2413 | Beemon Drugs<br>1220 E Northside Dr.<br>Ste. 340<br>Jackson, MS 39211-5518 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 |
| Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Citibank/Home Depot<br>Centralized Bankruptcy<br>P. O. Box 790034<br>St Louis, MO 63179-0034 | Comcast Business Servi<br>500 Enterprise Rd.<br>Horsham, PA 19044-3503 |
| Comcast Cable<br>Credit & Collections<br>220 Lake Ridge Dr., SE<br>Smyrna, Georgia 30082-5244 | Comenity Bank/Roamans<br>Attn: Bankruptcy<br>P. O Box 182125<br>Columbus, OH 43218-2125 | Community Bank<br>1255 W. Government St.<br>Brandon, MS 39042-3048 |
| Community Bank<br>6158 Old Canton Rd.<br>Jackson, MS 39211-2921 | Community Bank<br>Suite 820<br>119 Colony Crossing<br>Madison, MS 39110-6330 | DAB Investment Trust<br>972 Garvin Street<br>Jackson, MS 39206-5020 |
| (p)DELL FINANCIAL SERVICES<br>P O BOX 81577<br>AUSTIN TX 78708-1577 | Direct Capital<br>155 Commerce Way<br>Portsmouth, NH 03801-3243 | Direct Capital, a division of CIT Bank, N.A.<br>c/o Parnell & Parnell, P.A.<br>P.O. Box 2189<br>Montgomery, AL 36102-2189 |
| Fleetmaties<br>1100 Winter Street<br>Suite 4600<br>Waltham, MA 02451-1453 | Ford Motor Credit Co. dba Lincoln Automotive<br>c/o Henley, Lotterhos & Henley, PLLC.<br>P.O.Box 389<br>Jackson, MS 39205-0389 | Gary Buchanan Enterprises<br>972 Garvin Street<br>Jackson, MS 39206-5020 |
| Home Depot<br>Bankruptcy Dept.<br>2455 Paces Ferry Rd NW<br>Atlanta, GA 30339-4024 | IC Systems<br>P.O. Box 64437<br>Saint Paul, MN 55164-0437 | IRS<br>Centralized Insolvency<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 |

| | | |
|---|---|---|
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>c/o United States Attorney<br>501 E. Court Street, Ste. 4.430<br>Jackson, MS 39201-5025 | Jackson Area Federal Credit Union<br>P.O. Box 1403<br>Jackson, MS 39215-1403 |
| James Eldred Renfroe<br>Renfroe & Perilloux, PLLC<br>for BancorpSouth Bank<br>648 Lakeland East Drive, Suite A<br>Flowood, MS 39232-9574 | Lakeside Automotive<br>972 Garvin Street<br>Jackson, MS 39206-5020 | Les Alvis, III, Esq.<br>Attorney at Law<br>P. O. Box 1836<br>Tupelo, MS 38802-1836 |
| Lincoln Automotive Fin.<br>Attn: Bankruptcy<br>P. O. Box 542000<br>Omaha, NE 68154-8000 | (p)MISSISSIPPI STATE TAX COMMISSION<br>P O BOX 22808<br>JACKSON MS 39225-2808 | Macy's<br>9111 Duke Blvd.<br>Mason, OH 45040-8999 |
| Merit Health Center<br>1850 Chadwick Dr.<br>Jackson, MS 39204-3404 | Miss. DES<br>P. O. Box 1699<br>Jackson, MS 39215-1699 | Mississippi Department of Revenue<br>Bankruptcy Section<br>P.O. Box 22808<br>Jackson, MS 39225-2808 |
| Mr. Cooper<br>Attn: Bankruptcy<br>8950 Cypress Waters Bv<br>Coppell, TX 75019-4620 | Mr. Cooper<br>P. O. Box 650783<br>Dallas, TX 75265-0783 | (p)NATIONSTAR MORTGAGE LLC<br>PO BOX 619096<br>DALLAS TX 75261-9096 |
| Nationstar Mortgage LLC d/b/a Mr. Cooper<br>ATTN: Bankruptcy Dept<br>PO Box 619096<br>Dallas TX 75261-9096 | O'Reilly Automotive Stores Inc.<br>P. O. Box 1156<br>Springfield, MO 65801-1156 | O'Reily Auto Parts<br>P.O. Box 9464<br>Springfield, MO 65801-9464 |
| ONEMAIN<br>PO BOX 3251<br>EVANSVILLE, IN. 47731-3251 | OneMain<br>1068 Hwy, 51-B<br>Madison, MS 39110 | OneMain<br>1590 W. Government St.<br>Crossgates Village<br>Brandon, MS 39042-2418 |
| OneMain Financial<br>Attn: Bankruptcy<br>601 Nw 2nd Street<br>Evansville, IN 47708-1013 | Origin Bank<br>1910 Main Street<br>Madison, MS 39110-6367 | Origin Bank<br>203 Promenade Blvd.<br>Flowood, MS 39232-8026 |
| Origin Bank<br>c/o Sarah Beth Wilson<br>Copeland Cook Taylor Bush, P.A.<br>P. O. Box 6020<br>Ridgeland, MS 39158-6020 | Origin Bank f/k/a Community Trust Bank<br>Sarah Beth Wilson and William H. Leech<br>Copeland, Cook, Taylor & Bush P.A.<br>PO Box 6020<br>Ridgeland, MS 39158-6020 | Principis Capital<br>111 Town Square Place<br>Ste. 700<br>Jersey City, NJ 07310-2768 |
| Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Regions Bank<br>Attn: Bankruptcy<br>P. O. Box 10063<br>Birmingham, AL 35202-0063 | Regions Bank<br>P O Box 10063<br>Birmingham, AL 35202-0063 |

| | | |
|---|---|---|
| Reynolds and Reynolds<br>P.O. Box 182206<br>Columbus, OH 43218-2206 | Sarah Beth Wilson, Esq<br>600 Concourse, Ste 100<br>1076 Highland Colony<br>Ridgeland, MS 39157-8832 | Schumacher Clinic Grou<br>200 Corp. Blvd.<br>Lafayette, LA 70508 |
| Service Finance Co.<br>Suite 200<br>555 S. Federal Hwy.<br>Boca Raton, FL 33432-6033 | Shapiro & Massey<br>1080 River Oaks Dr.<br>Suitre B-202<br>Flowood, MS 39232-9779 | Springleaf Financial<br>Lefleur's Gallery<br>4800 I 55 N. # 9<br>Jackson, MS 39211-5555 |
| Sylvie D. Robinson<br>Mississippi Dept of Revenue<br>Post Office Box 22828<br>Jackson, MS 39225-2828 | Synchrony Bank/Lowes<br>Attn: Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony/Lennox-Serv.<br>Attn: Bankruptcy<br>P. O. Box 965060<br>Orlando, FL 32896-5060 |
| Trustmark Bank<br>P.O. Box 291<br>Jackson, MS 39205-0291 | Two Sisters' Holdings<br>972 Garvin Street<br>Jackson, MS 39206-5020 | U S Attorney/IRS<br>Suite 4.430<br>501 East Court St.<br>Jackson, MS 39201-5025 |
| (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | U.S. Securities and Exchange Commission<br>Office of Reorganization<br>950 East Paces Ferry Road, Suite 900<br>Atlanta, GA 30326-1382 | U.S. Securities and Exchange Commission<br>c/o United States Attorney<br>501 E. Court Street, Ste. 4.430<br>Jackson, MS 39201-5025 |
| United States Trustee<br>501 East Court Street<br>Suite 6-430<br>Jackson, MS 39201-5022 | Visa Nat. Bank/Macy's<br>Attn: Bankruptcy<br>P. O. Box 8053<br>Mason, OH 45040-8053 | Debra A Buchanan<br>972 Garvin Street<br>Jackson, MS 39206-5020 |
| R. Michael Bolen<br>Hood & Bolen, PLLC<br>3770 Hwy. 80 West<br>Jackson, MS 39209-7504 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| BancorpSouth<br>525 East Capitol St.<br>Jackson, MS 39201 | (d)BancorpSouth<br>Main Branch<br>One Mississippi Plaza<br>Tupelo, MS 38804 | Dell Financial Services<br>Attn: President/CEO<br>P. O. Box 81577<br>Austin, TX 78708 |
| (d)Dell Financial Services, LLC<br>Resurgent Capital Services<br>PO Box 10390<br>Greenville, SC 29603-0390 | IRS<br>Suite 504<br>100 W. Capitol Street<br>Jackson, MS 39201 | (d)Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114 |

| | | |
|---|---|---|
| MS State Tax Commission<br>Bankruptcy Section<br>P.O. Box 23338<br>Jackson, MS 39225 | Nationstar Mortgage<br>350 Highland Drive<br>Lewisville, TX 75067 | U. S. Bank<br>Pobox 5229<br>Cincinnati, OH 45201 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)BancorpSouth Bank | (u)COMMUNITY BANK | End of Label Matrix<br>Mailable recipients  78<br>Bypassed recipients   2<br>Total                80 |