# MONTHLY OPERATING REPORT

## CHAPTER 11

CASE NAME: Debra Buchanan

CASE NUMBER: 18-02672-EE          For Period November 1,          to November 30,          , 20 18 .

THIS REPORT IS DUE 15 DAYS AFTER THE END OF THE MONTH. The debtor must attach each of the following forms unless the United States Trustee has waived the requirement in writing.  File with the court and submit a paper copy to UST with an original signature.

| Form Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| (mark only one | attached or waived) | |
| ☒ | ☐ | Comparative Balance Sheet (FORM 2 B) |
| ☒ | ☐ | Profit and Loss Statement (FORM 2 C) |
| ☒ | ☐ | Cash Receipts & Disbursements Statement (FORM 2 D) |
| ☒ | ☐ | Supporting Schedules (FORM 2 E) |
| ☒ | ☐ | Narrative (FORM 2 F) |
| ☒ | ☐ | Copies of Bank Statement(s) and Reconciliations of Bank Balance to Book Balance for all Account(s) |

I declare under penalty of perjury that the following Monthly Operating Report and any attachments thereto, are true and correct to the best of my knowledge and belief.

Executed on: 12/14/2018
               (date)

Debtor(s)*: Debra Buchanan

By:** *Debra Buchanan*

Position:  Debtor

Name of preparer:  Debra Buchanan

Telephone No. of Preparer

* both debtors must sign if a joint petition

** for corporate or partnership debtor

FORM 2 A
3/11

CASE NAME:  Debra Buchanan

CASE NUMBER:  18-02672-EE

## COMPARATIVE BALANCE SHEET

| ASSETS: | Filing Date 7/10 - 7/31/18 | Month 8/1 - 8/31/18 | Month 9/1 - 9/30/18 | Month 10/1 - 10/31/18 | Month 11/1 - 11/30/18 | Month 12/1 - 12/31/18 | Month |
|---|---|---|---|---|---|---|---|
| CURRENT ASSETS: | | | | | | | |
| Cash............................................. | N/A | N/A | N/A | N/A | N/A | | |
| Accounts Receivable, Net............. | N/A | N/A | N/A | N/A | N/A | | |
| Inventory, at lower of cost or market............. | N/A | N/A | N/A | N/A | N/A | | |
| Prepaid expenses & deposits............. | N/A | N/A | N/A | N/A | N/A | | |
| Other | N/A | N/A | N/A | N/A | N/A | | |
| | | | | | | | |
| TOTAL CURRENT ASSETS.............. | See Below | See below | See below | See below | See below | | |
| PROPERTY, PLANT & EQUIPMENT.............. | N/A | N/A | N/A | N/A | N/A | | |
| Less accumulated depreciation.............. | N/A | N/A | N/A | N/A | N/A | | |
| NET PROPERTY, PLANT & EQUIPMENT.............. | N/A | N/A | N/A | N/A | N/A | | |
| OTHER ASSETS See Schedules | $893,657.00 | $893,657.00 | $893,657.00 | $893,657.00 | $893,657.00 | | |
| | | | | | | | |
| TOTAL OTHER ASSETS.............. | N/A | N/A | N/A | N/A | N/A | | |
| | | | | | | | |
| TOTAL ASSETS.............. | $893,657.00 | $893,657.00 | $893,657.00 | $893,657.00 | $893,657.00 | | |

If assets are carried at historical cost on debtor's accounting records and debtor elects to show them as such on the monthly reports, note the change above and include remarks on FORM 2 F (Narrative).   All subsequent reports must then carry these assets at that value.   Do not use historical cost one month and fair market value the next.

CASE NAME: Debra Buchanan

CASE NUMBER: 18-02672-EE

## COMPARATIVE BALANCE SHEET

| LIABILITIES: | Filing Date 7/10 - 7/31/18 | Month 8/1 - 8/31/18 | Month 9/1 - 9/30/18 | Month 10/1 - 10/30/18 | Month 11/1 - 11/30/18 | Month 12/1 - 12/31/18 | Month |
|---|---|---|---|---|---|---|---|
| POST PETITION LIABILITIES: | | | | | | | |
| Taxes payable (Form 2 E, pg.1 of 3) | N/A | N/A | N/A | N/A | N/A | | |
| Accounts payable (Form 2 E, pg.1 of 3) | N/A | N/A | N/A | N/A | N/A | | |
| Other: Living Expenses | See Bk. State. | See Bk. State. | See Bk. State. | See Bk. State. | See Bk. State. | | |
| TOTAL POST PETITION LIABILITIES | N/A | N/A | N/A | N/A | N/A | | |
| PRE PETITION LIABILITIES: | | | | | | | |
| Notes payable    secured | $501,798.00 | $501,798.00 | $501,798.00 | $501,798.00 | $501,798.00 | | |
| Priority debt | $149,046.33 | $149,046.33 | $149,046.33 | $149,046.33 | $149,046.33 | | |
| Unsecured debt | $177,178.00 | $177,178.00 | $177,178.00 | $177,178.00 | $177,178.00 | | |
| Other | N/A | N/A | N/A | N/A | N/A | | |
| TOTAL LIABILITIES | $828,022.33 | $828,022.33 | $828,022.33 | $828,022.33 | $828,022.33 | | |
| EQUITY (DEFICIT) | | | | | | | |
| PREFERRED STOCK | N/A | N/A | N/A | N/A | N/A | | |
| COMMON STOCK | N/A | N/A | N/A | N/A | N/A | | |
| RETAINED EARNINGS: | N/A | N/A | N/A | N/A | N/A | | |
| Through filing date | | | | | | | |
| Post filing date | N/A | N/A | N/A | N/A | N/A | | |
| TOTAL EQUITY (NET WORTH) | $ 65,634.67 | $ 65,634.67 | $ 65,634.67 | $ 65,634.67 | $ 65,634.67 | | |
| TOTAL LIABILITIES & EQUITY | $ 893,657.00 | $ 893,657.00 | $ 893,657.00 | $ 893,657.00 | $ 893,657.00 | | |

CASE NAME: Debra Buchanan

CASE NUMBER: 18-02672-EE

## PROFIT AND LOSS STATEMENT

| | Month 7/10 - 7/31/18 | Month 8/1 - 8/31/18 | Month 9/1 - 9/30/18 | Month 10/1 - 10/31/18 | Month 11/1 - 11/30/18 | Month 12/1 - 12/31/18 |
|---|---|---|---|---|---|---|
| NET REVENUE: | $2,854.17 | $6,498.98 | $2,436.00 | $3,027.30 | $3,695.00 | |
| COST OF GOODS SOLD: | | | | | | |
| Material: | N/A | N/A | N/A | N/A | N/A | |
| Labor Direct: | N/A | N/A | N/A | N/A | N/A | |
| Manufacturing Overhead: | N/A | N/A | N/A | N/A | N/A | |
| TOTAL COST OF GOODS SOLD: | N/A | N/A | N/A | N/A | N/A | |
| GROSS PROFIT: | $2,854.17 | $6,498.98 | $2,436.00 | $3,027.30 | $3,695.00 | |
| OPERATING EXPENSES: | | | | | | |
| Selling and Marketing: | N/A | N/A | N/A | N/A | N/A | |
| General and Administrative (rents, utilities, salaries, etc.): | N/A | N/A | N/A | N/A | N/A | |
| Other/Living Expenses | $2,808.00 | $5,800.45 | $2,702.88 | $2,287.89 | $2,127.82 | |
| TOTAL OPERATING EXPENSES: | N/A | N/A | N/A | N/A | N/A | |
| INTEREST EXPENSE: | N/A | N/A | N/A | N/A | N/A | |
| INCOME BEFORE DEPRECIATION OR TAXES: | N/A | N/A | N/A | N/A | N/A | |
| DEPRECIATION OR AMORTIZATION: | N/A | N/A | N/A | N/A | N/A | |
| INCOME TAX EXPENSE (BENEFIT): | N/A | N/A | N/A | N/A | N/A | |
| EXTRAORDINARY EXPENSES * | N/A | N/A | N/A | N/A | N/A | |
| NET INCOME (LOSS): | $ 46.17 | $ 698.53 | $ - 399.46 | $ 739.41 | $1,567.18 | |

*Requires explanation in NARRATIVE (Form 2 F)

CASE NAME: Debra Buchanan _____   CASE NUMBER: 18-02672-EE _____

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

For Period 11/1 _____ to 11/30 _____, 20 18

### CASH RECONCILIATION

1. Beginning Cash Balance (Ending Cash Balance
   from last month's report)                              $ 739.41 _____

2. Cash Receipts (total Cash Receipts from page
   2 of all FORM 2-D's)
                                                          $ 3,695.00 _____
3. Cash Disbursements (total Cash Disbursements
   from page 3 of all FORM 2-D's)                         $( 2,127.82 _____ )

4. Net Cash Flow                                          $ 2,306.59 _____

5. Ending Cash Balance (to FORM 2-B)                      $ 1,782.46 _____

### CASH SUMMARY - ENDING BALANCE

|  | Amount* | Financial Institution |
|---|---|---|
| 1. Real Estate Account | $ N/A | |
| 2. Trust Account | $ N/A | |
| 3. Operating and/or Personal Account | $ 1,253.75 | Wells Fargo |
| 4. Payroll Account | $ N/A | |
| 5. Tax Account | $ N/A | |
| 6. Other Accounts (Specify checking or savings) | $ N/A | |
| 7. Cash Collateral Account | $ N/A | |
| 8. Petty Cash | $ N/A | |

TOTAL (must agree with line 5 above)    $

*These amounts should be equal to the previous month's balance for the account plus this month's receipts less this month's disbursements.

### ADJUSTED CASH DISBURSEMENTS
Cash disbursements on Line 3 above less                    *
inter-account transfers & UST fees paid    $ 2,287.89

* NOTE:  This amount should be used to
   determine UST quarterly fees due and agree
   with Form 2-D, page 2 of 4.

CASE NAME: Debra Buchanan                    CASE NUMBER: 18-02672-EE

## QUARTERLY FEE SUMMARY

MONTH ENDED 11/30/2018

| Payment Date | Cash Disbursements * | Quarterly Fee Due | Check No. | Date |
|---|---|---|---|---|
| January | $ | | | |
| February | $ | | | |
| March | $ | | | |
| Total 1st Quarter | $ | $ | | |
| April | $ | | | |
| May | $ | | | |
| June | $ | | | |
| Total 2nd Quarter | $ | $ | | |
| July | $ 2,808.00 | | | |
| August | $ 5,800.45 | | | |
| September | $ 2,702.88 | | | |
| Total 3rd Quarter | $ 11,311.33 | $ | | |
| October | $ 2,287.89 | | | |
| November | $ 2,127.82 | | | |
| December | $ | | | |
| Total 4th Quarter | $ | $ | | |

| DISBURSEMENT CATEGORY | QUARTERLY FEE DUE |
|---|---|
| $0 to $14,999.99 | $325 |
| $15,000 to $74,999.99 | $650 |
| $75,000 to $149,999.99 | $975 |
| $150,000 to $224,999.99 | $1,625 |
| $225,000 to $299,999.99 | $1,950 |
| $300,000 to $999,999.99 | $4,875 |
| $1,000,000 to $1,999,999.99 | $6,500 |
| $2,000,000 to $2,999,999.99 | $9,750 |
| $3,000,000 to $4,999,999.99 | $10,400 |
| $5,000,000 to $14,999,999.99 | $13,000 |
| $15,000,000 to $29,999,999.99 | $20,000 |
| $30,000,000 or more | $30,000 |

Note that a minimum payment of $325 is due each quarter even if no disbursements are made in the case during the period.
* Note: should agree with "adjusted cash disbursements" at bottom of Form 2 D, Page 1 of 4. Disbursements are net of transfers to other debtor in possession bank accounts and net of payments of prior period quarterly fees.

Form 2 D
Page 2 of 4
3/11

CASE NAME: Debra Buchanan

CASE NUMBER: 18-02672-EE

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account
listed on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period 11/1 to 11/30, 20 18

Account Name: Wells Fargo       Account Number: ___

## CASH RECEIPTS JOURNAL

(attach additional sheets as necessary)

| Date | Description (Source) | Amount |
|------|---------------------|--------|
| 11/1/2018 | Rental income | $       525.00 |
| 11/3/2018 | Rental Income | 700.00 |
| 11/5/2018 | Rental Income | 120.00 |
| 11/5/2018 | Rental Income | 650.00 |
| 11/14/2018 | Rental Income* | 250.00 |
| 11/15/2018 | Rental Income | 450.00 |
| 11/20/2018 | Rental Income* | 1,500.00 |

* This income is atypical.  Both were past due payments.

Total Cash Receipts    $ 3,695.00

FORM 2 D
Page 3 of 4
3/11

CASE NAME: Debra Buchanan

CASE NUMBER: 18-02672-EE

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account listed
on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period 11/1 _____ to 11/30 _____ , 20 18

Account Name: Wells Fargo _____ Account Number:

### CASH DISBURSEMENTS JOURNAL
(attach additional sheets as necessary)

| Date | Check No. | Payee | Description (Purpose)* | Amount |
|------|-----------|-------|------------------------|--------|
|      |           |       | Living Expenses        | $2,127.82 |

**Note:  Please see the attached worksheet for Nov. 1-30, 2018.**

Total Cash Disbursements    $ 2,127.82

*Identify any payments to professionals, owners, partners, shareholders,
officers, directors or any insiders and all adequate protection payments
ordered by the court with an asterisk or highlighting. Any payments made as a
result of a court order, should indicate the order date.

FORM 2 D
Page 4 of 4
3/11

CASE NAME: Debra Buchanan                  CASE NUMBER: 18-02672-EE

## SUPPORTING SCHEDULES

For Period 11/1          to  11/30        , 20 18

### POST-PETITION ACCOUNTS PAYABLE AGING REPORT

| TYPE | INCURRED | DUE | 0-30 | 31-60 | 61-90 | OVER 90 |
|------|----------|-----|------|-------|-------|---------|
| FITW | N/A | | $ | $ | $ | $ |
| FICA | N/A | | | | | |
| FUTA | N/A | | | | | |
| SITW | N/A | | | | | |
| SUTA | N/A | | | | | |
| OTHER TAX | N/A | | | | | |
| TRADE PAYABLES | N/A | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| OTHER | | | | | | |
| | | | | | | |
| | | | | | | |
| TOTALS | | | $ | $ | $ | $ |

CASE NAME: Debra Buchanan                         CASE NUMBER: 18-02672-EE

**SUPPORTING SCHEDULES**

For Period 11/1                          to  11/30                          , 20 18

ACCOUNTS RECEIVABLE AGING REPORT

| ACCOUNT NAME | INCURRED | DUE | 0-30 | 31-60 | 61-90 | OVER 90 |
|---|---|---|---|---|---|---|
| N/A | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

FORM 2 E
Page 2 of 3
3/11

CASE NAME: Debra Buchanan                    CASE NUMBER: 18-02672-EE

## SUPPORTING SCHEDULES

For Period 11/1 _____ to 11/30 _____ , 20 18 _____

### INSURANCE SCHEDULE

| Type | Carrier/Agent | Coverage ($) | Date of Expiration | Premium Paid |
|------|---------------|--------------|--------------------|--------------|
| Workers' Compensation | N/A | | | |
| General Liability | State Farm | $100,000.00 | 3/27/19 | |
| Property (Fire, Theft) | State Farm | $257,890.00 | 3/27/19 | |
| Vehicle | Alfa | | 11/08/18 | |
| Other (list): | | | | |
| N/A | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

(1) Attach copy of certificate of insurance or declaration page of policy for any coverage renewed or replaced during the current reporting month.

(2) For the premium paid column enter "yes" if payment of premium is current or "no" if premium payment is delinquent. If "no", explain on Form 2-F, Narrative.

FORM 2 E
Page 3 of 3
3/11

CASE NAME: Debra Buchanan                    CASE NUMBER: 18-02672-EE

## NARRATIVE STATEMENT

For Period  11/1                    to  11/30                    , 20 18

Please provide a brief description of the significant business and legal action by the debtor, its creditors or the court during the reporting period.  Comments should include any change in bank accounts, explanation of extraordinary expenses, and purpose of any new post-petition financing.  Comments should also include debtor's efforts during the month to rehabilitate the business and to develop a plan.

FORM 2 F
3/11

Expenses
Debra A. Buchanan
Case# 18-02672-EE
November 1-30, 2018

| DATE | *Payee | Purpose | Amount |
|---|---|---|---|
| 11/1/2018 | Entergy (Oct & Nov 2018) | Utilities | $ 250.00 |
| 11/5/2018 | U.S. Trustee - ck# 1C | Bankruptcy fee | $ 325.00 |
| 11/1/2018 | City Services (water) | Utilities | $ 32.60 |
| 11/1/2018 | Ambetter Health Insurance | Healthcare | $ 280.24 |
| 11/2/2018 | Comcast Business | Internet, 2 mos. | $ 196.90 |
| 11/2/2018 | ATM Cash | Cash | $ 100.00 |
| 11/2/2018 | McDade's | Grocery | $ 42.40 |
| 11/7/2018 | LabCorp | Healthcare | $ 20.34 |
| 11/9/2018 | Atmos Energy | Utilities | $ 31.00 |
| 11/13/2018 | Beemon Drugs | Healthcare | $ 206.83 |
| 11/13/2018 | Shell gasoline | Gasoline | $ 31.32 |
| 11/14/2018 | City Services (water) | Utilities | $ 16.72 |
| 11/19/2018 | Straight Talk (wifi) | Phone | $ 15.00 |
| 11/19/2018 | Straight Talk (Phone) | Phone | $ 38.23 |
| 11/20/2018 | Diabetes & Endocrine Center | Healthcare | $ 8.11 |
| 11/26/2018 | Ambetter from Magnolia Health | Healthcare | $ 280.24 |
| 11/26/2018 | Delta Dental Ins (1st premium) | Healthcare | $ 16.57 |
| 11/28/2018 | Quest Diagnostics (Premier Pain Ctr) | Healthcare | $ 75.67 |
| 11/30/2018 | Monthly fee | Bank fee | $ 10.00 |
| | **TOTAL EXPENSES PD FROM Wells Fargo (DIP) Debra A. Buchanan** | | **$ 1,977.17** |
| DATE | *Payee | Purpose | Amount |
| 11/26/2018 | Sling TV | Internet TV subscription | $ 36.72 |
| | **TOTAL EXPENSES PD FROM Origin Bank DAB Investment Trust** | | |
| DATE | *Payee | Purpose | Amount |
| 11/8/2018 | Alfa Insurance | Automobile insurance | $ 113.93 |
| | **TOTAL EXPENSES PD FROM Bancorp South Gary-Buchanan Enterprises, LLC** | | |
| | **GRAND TOTAL EXPENSES -- ALL ACCOUNTS** | | **$ 2,127.82** |

| DATE | **INCOME for Nov. 1-30, 2018** Payor | Amount |
|---|---|---|
| 11/1/2018 | HUD rental income - 940 Garvin | $ 525.00 |
| 11/3/2018 | HUD rental income (335 Cummins) | $ 700.00 |
| 11/5/2018 | Rental income (335 Cummins) | $ 120.00 |
| 11/5/2018 | Rental income 1828 Elaine Street | $ 650.00 |
| 11/14/2018 | Rental income (past due)- 940 Garvin St. | $ 250.00 |
| 11/15/2018 | Rental income 507 Cummins | $ 450.00 |
| 11/20/2018 | Rental deposit + 1st mo rent (agency pmt) | $ 1,000.00 |
| | **TOTAL REVENUE** | **$ 3,695.00** |

# Wells Fargo Opportunity Checking<sup>SM</sup>

Account number:      ■ November 1, 2018 - November 30, 2018   ■ Page 1 of 4



DEBRA  A BUCHANAN
DEBTOR IN POSSESSION
CH 11 CASE #18-02672 (MS)
972 GARVIN ST
JACKSON MS 39206-5020

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**   (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932

華語 1-800-288-2288   *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (337)
         P.O. Box 6995
         Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our
company and look forward to continuing to serve you with your financial needs.

### Account options

*A check mark in the box indicates you have these*
*convenient services with your account(s).  Go to*
*wellsfargo.com or call the number above if you have*
*questions or if you would like to add new services.*

| | | |
|---|---|---|
| Online Banking | ✓ | Direct Deposit ☐ |
| Online Bill Pay | ✓ | Auto Transfer/Payment ☐ |
| Online Statements | ✓ | Overdraft Protection ☐ |
| Mobile Banking | ✓ | Debit Card ☐ |
| My Spending Report | ✓ | Overdraft Service ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 11/1 | $1,782.46 |
| Deposits/Additions | 1,560.00 |
| Withdrawals/Subtractions | - 2,088.71 |
| **Ending balance on 11/30** | **$1,253.75** |

Account number:

**DEBRA  A BUCHANAN**
**DEBTOR IN POSSESSION**
**CH 11 CASE #18-02672 (MS)**
*Mississippi account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  062203751

**Overdraft Protection**
This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements
please call the number listed on your statement or visit your Wells Fargo store.

Account number:    ■ November 1, 2018 - November 30, 2018    ■ Page 2 of 4



---

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 11/1 | | Purchase authorized on 10/31 Eqt*Ambetter 866-5498038 MO S388304602802023 Card 5711 | | 280.24 | |
| 11/1 | | Entergy Services Bill Pay 7770105000945 Debra A Buchanan | | 250.00 | |
| 11/1 | | Billmatrix Billpayfee 181031 11454021272 Billmatrix | | 3.15 | |
| 11/1 | | City of Jackson Bill Pay 181031 11454021271 Debra Buchanan | | 29.45 | 1,219.62 |
| 11/2 | | ATM Withdrawal authorized on 11/02 6114 Ridgewood Rd Jackson MS 0005166 ATM ID 0207I Card 5711 | | 100.00 | |
| 11/2 | | Purchase authorized on 11/02 McDade's Market Jackson MS P00000000473267662 Card 5711 | | 42.40 | |
| 11/2 | | Comcast Corporat Cable Svc 181101 8951962 Debra *Buchanan | | 196.90 | 880.32 |
| 11/5 | 102 | Check | | 325.00 | 555.32 |
| 11/6 | | Edeposit IN Branch/Store 11/06/18 03:17:51 Pm 6114 Ridgewood Rd Jackson MS 8379 | 1,500.00 | | 2,055.32 |
| 11/7 | | Labcorp Lcbs Echeck 181106 000000995781247 Debra A Buchanan | | 20.34 | 2,034.98 |
| 11/13 | | Bill Pay Gas on-Line xxxxxxx71093 on 11-13 | | 31.00 | |
| 11/13 | | Bill Pay Pharmacy on-Line 60 on 11-13 | | 206.83 | |
| 11/13 | | Purchase authorized on 11/13 Shell Service Station Jackson MS P00388317827477102 Card 5711 | | 31.32 | 1,765.83 |
| 11/14 | | Bill Pay City Services on-Line xxxxx00000 on 11-14 | | 16.72 | 1,749.11 |
| 11/19 | | Recurring Payment authorized on 11/16 Straighttalk*Servi 877-430-2355 FL S388320467115687 Card 5711 | | 15.00 | |
| 11/19 | | Recurring Payment authorized on 11/16 Straighttalk*Servi 877-430-2355 FL S308320474237698 Card 5711 | | 38.23 | 1,695.88 |
| 11/21 | | Purchase Return authorized on 11/20 Diabetes Endocrine Flowood MS S628325545618552 Card 5711 | 60.00 | | |
| 11/21 | | Purchase authorized on 11/20 Diabetes Endocrine Flowood MS S388324745098823 Card 5711 | | 68.11 | 1,687.77 |
| 11/26 | | Bill Pay Health Ins on-Line xxxxxx96701 on 11-26 | | 280.24 | 1,407.53 |
| 11/27 | | Purchase authorized on 11/26 Dental Insurance A 877-2804204 CA S468330765645935 Card 5711 | | 16.57 | 1,390.96 |
| 11/30 | | Purchase with Cash Back $ 20.00 authorized on 11/30 McDade's Market Jackson MS P00000000639276910 Card 5711 | | 51.54 | |
| 11/30 | | Quest Diagnostic Lab Tests 181129 9479419 Debra A *Buchanan | | 75.67 | |
| 11/30 | | Monthly Service Fee | | 10.00 | 1,253.75 |
| **Ending balance on 11/30** | | | | | **1,253.75** |
| **Totals** | | | **$1,560.00** | **$2,088.71** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Summary of checks written    *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount |
|---|---|---|
| 102 | 11/5 | 325.00 |

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 11/01/2018 - 11/30/2018 | Standard monthly service fee $10.00 | You paid $10.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |