# MONTHLY OPERATING REPORT

## CHAPTER 11

CASE NAME: Debra Buchanan

CASE NUMBER: 18-02672-EE          For Period December 1,          to December 31,          , 20 18 .

THIS REPORT IS DUE 15 DAYS AFTER THE END OF THE MONTH. The debtor must attach each of the following forms unless the United States Trustee has waived the requirement in writing. File with the court and submit a paper copy to UST with an original signature.

| Form Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| (mark only one | attached or waived) | |
| ☒ | ☐ | Comparative Balance Sheet (FORM 2 B) |
| ☒ | ☐ | Profit and Loss Statement (FORM 2 C) |
| ☒ | ☐ | Cash Receipts & Disbursements Statement (FORM 2 D) |
| ☒ | ☐ | Supporting Schedules (FORM 2 E) |
| ☒ | ☐ | Narrative (FORM 2 F) |
| ☒ | ☐ | Copies of Bank Statement(s) and Reconciliations of Bank Balance to Book Balance for all Account(s) |

I declare under penalty of perjury that the following Monthly Operating Report and any attachments thereto, are true and correct to the best of my knowledge and belief.

Executed on: 01/11/2019
        (date)

Debtor(s)*: Debra Buchanan

*Debra Buchanan* (signature)

By:**

Position: Debtor

Name of preparer: Debra Buchanan

Telephone No. of Preparer  601-214-0163

* both debtors must sign if a joint petition

** for corporate or partnership debtor

FORM 2 A
3/11

CASE NAME:   Debra Buchanan

CASE NUMBER: 18-02672-EE

## COMPARATIVE BALANCE SHEET

| ASSETS: | Filing Date 7/10 - 7/31/18 | Month 8/1 - 8/31/18 | Month 9/1 - 9/30/18 | Month 10/1 - 10/31/18 | Month 11/1 - 11/30/18 | Month 12/1 - 12/31/18 | Month |
|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS:** | | | | | | | |
| Cash.......................... | See Below | See below | See below | See below | See below | See below | |
| Accounts Receivable, Net.... | N/A | N/A | N/A | N/A | N/A | N/A | |
| Inventory, at lower of cost or market.... | N/A | N/A | N/A | N/A | N/A | N/A | |
| Prepaid expenses & deposits.... | N/A | N/A | N/A | N/A | N/A | N/A | |
| Other | N/A | N/A | N/A | N/A | N/A | N/A | |
| | | | | | | | |
| TOTAL CURRENT ASSETS.... | N/A | N/A | N/A | N/A | N/A | N/A | |
| PROPERTY, PLANT & EQUIPMENT.... | N/A | N/A | N/A | N/A | N/A | N/A | |
| Less accumulated depreciation.... | N/A | N/A | N/A | N/A | N/A | N/A | |
| NET PROPERTY, PLANT & EQUIPMENT.... | N/A | N/A | N/A | N/A | N/A | N/A | |
| OTHER ASSETS See Schedules | $893,657.00 | $893,657.00 | $893,657.00 | $893,657.00 | $893,657.00 | $893,657.00 | |
| | | | | | | | |
| TOTAL OTHER ASSETS.... | | | | | | | |
| **TOTAL ASSETS.........** | $893,657.00 | $893,657.00 | $893,657.00 | $893,657.00 | $893,657.00 | $893,657.00 | |

If assets are carried at historical cost on debtor's accounting records and debtor elects to show them as such on the monthly reports, note the change above and include remarks on FORM 2 F (Narrative).   All subsequent reports must then carry these assets at that value.   Do not use historical cost one month and fair market value the next.

CASE NAME: Debra Buchanan

CASE NUMBER: 18-02672-EE

## COMPARATIVE BALANCE SHEET

| | Filing Date | Month 7/10 - 7/31/18 | Month 8/1 - 8/31/18 | Month 9/1 - 9/30/18 | Month 10/1 - 10/30/18 | Month 11/1 - 11/30/18 | Month 12/1 - 12/31/18 | Month |
|---|---|---|---|---|---|---|---|---|
| **LIABILITIES:** | | | | | | | | |
| **POST PETITION LIABILITIES:** | | | | | | | | |
| Taxes payable (Form 2 E, pg.1 of 3)............ | N/A | N/A | N/A | N/A | N/A | N/A | | |
| Accounts payable (Form 2 E, pg.1 of 3)......... | N/A | N/A | N/A | N/A | N/A | N/A | | |
| Other: Living Expenses | See Bk. State. | See Bk. State. | See Bk. State. | See Bk. State. | See Bk. State. | See Bk. State. | | |
| TOTAL POST PETITION LIABILITIES:........ | N/A | N/A | N/A | N/A | N/A | N/A | | |
| **PRE PETITION LIABILITIES:** | | | | | | | | |
| Notes payable   secured............ | $501,798.00 | $501,798.00 | $501,798.00 | $501,798.00 | $501,798.00 | $501,798.00 | | |
| Priority debt............ | $149,046.33 | $149,046.33 | $149,046.33 | $149,046.33 | $149,046.33 | $149,046.33 | | |
| Unsecured debt............ | $177,178.00 | $177,178.00 | $177,178.00 | $177,178.00 | $177,178.00 | $177,178.00 | | |
| Other | N/A | N/A | N/A | N/A | N/A | N/A | | |
| TOTAL LIABILITIES............ | $828,022.33 | $828,022.33 | $828,022.33 | $828,022.33 | $828,022.33 | $828,022.33 | | |
| **EQUITY (DEFICIT)** | | | | | | | | |
| PREFERRED STOCK............ | N/A | N/A | N/A | N/A | N/A | N/A | | |
| COMMON STOCK............ | N/A | N/A | N/A | N/A | N/A | N/A | | |
| **RETAINED EARNINGS:** | | | | | | | | |
| Through filing date............ | N/A | N/A | N/A | N/A | N/A | N/A | | |
| Post filing date............ | N/A | N/A | N/A | N/A | N/A | N/A | | |
| TOTAL EQUITY (NET WORTH)............ | $ 65,634.67 | $ 65,634.67 | $ 65,634.67 | $ 65,634.67 | $ 65,634.67 | $ 65,634.67 | | |
| TOTAL LIABILITIES & EQUITY............ | $ 893,657.00 | $ 893,657.00 | $ 893,657.00 | $ 893,657.00 | $ 893,657.00 | $ 893,657.00 | | |

CASE NAME:  Debra Buchanan

CASE NUMBER: 18-02672-EE

## PROFIT AND LOSS STATEMENT

| | Month 7/10 - 7/31/18 | Month 8/1 - 8/31/18 | Month 9/1 - 9/30/18 | Month 10/1 - 10/31/18 | Month 11/1 - 11/30/18 | Month 12/1 - 12/31/18 |
|---|---|---|---|---|---|---|
| NET REVENUE | $2,854.17 | $6,498.98 | $2,436.00 | $3,027.30 | $3,695.00 | $2,495.00 |
| COST OF GOODS SOLD: | | | | | | |
| Material | N/A | N/A | N/A | N/A | N/A | N/A |
| Labor Direct | N/A | N/A | N/A | N/A | N/A | N/A |
| Manufacturing Overhead | N/A | N/A | N/A | N/A | N/A | N/A |
| TOTAL COST OF GOODS SOLD | N/A | N/A | N/A | N/A | N/A | N/A |
| GROSS PROFIT | $2,854.17 | $6,498.98 | $2,436.00 | $3,027.30 | $3,695.00 | $2,495.00 |
| OPERATING EXPENSES: | | | | | | |
| Selling and Marketing | | | | | | |
| General and Administrative (rents, utilities, salaries, etc.) | | | | | | |
| Other/Living Expenses | $2,808.00 | $5,800.45 | $2,702.88 | $2,287.89 | $2,127.82 | $1,482.26 |
| TOTAL OPERATING EXPENSES | N/A | N/A | N/A | N/A | N/A | N/A |
| INTEREST EXPENSE | N/A | N/A | N/A | N/A | N/A | N/A |
| INCOME BEFORE DEPRECIATION OR TAXES | N/A | N/A | N/A | N/A | N/A | N/A |
| DEPRECIATION OR AMORTIZATION | N/A | N/A | N/A | N/A | N/A | N/A |
| EXTRAORDINARY EXPENSES * | N/A | N/A | N/A | N/A | N/A | N/A |
| INCOME TAX EXPENSE (BENEFIT) | N/A | N/A | N/A | N/A | N/A | N/A |
| NET INCOME (LOSS) | $ 46.17 | $ 698.53 | $ - 399.46 | $ 739.41 | $1,567.18 | $1,012.74 |

*Requires explanation in NARRATIVE (Form 2 F)

FORM 2 C
3/11

CASE NAME: Debra Buchanan                    CASE NUMBER: 18-02672-EE

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

For Period 12/1 _____ to 12/31_____ , 20 18

### CASH RECONCILIATION

1. Beginning Cash Balance (Ending Cash Balance
   from last month's report)                              $ 1,567.18 _____

2. Cash Receipts (total Cash Receipts from page
   2 of all FORM 2-D's)
                                                          $ 2.495.00 _____

3. Cash Disbursements (total Cash Disbursements
   from page 3 of all FORM 2-D's)                         $( 1.482.26 _____ )

4. Net Cash Flow                                          $ _____

5. Ending Cash Balance (to FORM 2-B)                      $ 2,579.92 _____

### CASH SUMMARY - ENDING BALANCE

|   |   | Amount* | Financial Institution |
|---|---|---------|----------------------|
| 1. | Real Estate Account | $ N/A | |
| 2. | Trust Account | $ N/A | |
| 3. | Operating and/or Personal Account | $ 1,530.96 | Wells Fargo |
| 4. | Payroll Account | $ N/A | |
| 5. | Tax Account | $ N/A | |
| 6. | Other Accounts (Specify checking or savings) | $ N/A | |
| 7. | Cash Collateral Account | $ N/A | |
| 8. | Petty Cash | $ N/A | |

TOTAL (must agree with line 5 above)    $

*These amounts should be equal to the previous month's balance for the account plus this month's receipts less this month's disbursements.

## ADJUSTED CASH DISBURSEMENTS
Cash disbursements on Line 3 above less          *
inter-account transfers & UST fees paid    $ 1.482.26

* NOTE:  This amount should be used to
  determine UST quarterly fees due and agree
  with Form 2-D, page 2 of 4.

FORM 2 D
Page 1 of 4
3/11

CASE NAME: Debra Buchanan                    CASE NUMBER: 18-02672-EE

# QUARTERLY FEE SUMMARY

MONTH ENDED 12/31/2018

| Payment Date | Cash Disbursements * | Quarterly Fee Due | Check No. | Date |
|---|---|---|---|---|
| January | $ | | | |
| February | $ | | | |
| March | $ | | | |
| Total 1st Quarter | $ | $ | | |
| | | | | |
| April | $ | | | |
| May | $ | | | |
| June | $ | | | |
| Total 2nd Quarter | $ | $ | | |
| | | | | |
| July | $ 2,808.00 | | | |
| August | $ 5,800.45 | | | |
| September | $ 2,702.88 | | | |
| Total 3rd Quarter | $ 11,311.33 | $ 325.00 | | |
| | | | | |
| October | $ 2,287.89 | | | |
| November | $ 2,127.82 | | | |
| December | $ 1,482.26 | | | |
| Total 4th Quarter | $ 5,897.97 | $ 325.00 | | |

| DISBURSEMENT CATEGORY | QUARTERLY FEE DUE |
|---|---|
| $0 to $14,999.99 | $325 |
| $15,000 to $74,999.99 | $650 |
| $75,000 to $149,999.99 | $975 |
| $150,000 to $224,999.99 | $1,625 |
| $225,000 to $299,999.99 | $1,950 |
| $300,000 to $999,999.99 | $4,875 |
| $1,000,000 to $1,999,999.99 | $6,500 |
| $2,000,000 to $2,999,999.99 | $9,750 |
| $3,000,000 to $4,999,999.99 | $10,400 |
| $5,000,000 to $14,999,999.99 | $13,000 |
| $15,000,000 to $29,999,999.99 | $20,000 |
| $30,000,000 or more | $30,000 |

Note that a minimum payment of $325 is due each quarter even if no disbursements are made in the case during the period.
* Note: should agree with "adjusted cash disbursements" at bottom of Form 2 D, Page 1 of 4. Disbursements are net of transfers to other debtor in possession bank accounts and net of payments of prior period quarterly fees.

CASE NAME: Debra Buchanan

CASE NUMBER: 18-02672-EE

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account
listed on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period 12/1 to 12/31 , 20 18

Account Name: Wells Fargo    Account Number: _

## CASH RECEIPTS JOURNAL

(attach additional sheets as necessary)

| Date | Description (Source) | Amount |
|------|----------------------|--------|
| 12/1/2018 | Rental income | $    525.00 |
| 12/3/2018 | Rental Income | 700.00 |
| 12/5/2018 | Rental Income | 120.00 |
| 12/5/2018 | Rental Income | 650.00 |
| 12/5/2918 | Rental Income | 500.00 |

Total Cash Receipts    $ 2,495.00

FORM 2 D
Page 3 of 4
3/11

CASE NAME: Debra Buchanan

CASE NUMBER: 18-02672-EE

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account listed
on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period 12/1 to 12/31 , 20 18

Account Name: Wells Fargo        Account Number:

### CASH DISBURSEMENTS JOURNAL
(attach additional sheets as necessary)

| Date | Check No. | Payee | Description (Purpose)* | Amount |
|------|-----------|-------|------------------------|--------|
|      |           |       | Living Expenses        | $1.482.26 |

(Note:  Please see attaced list of bank transactions and income.

Total Cash Disbursements $ 1,486.26

*Identify any payments to professionals, owners, partners, shareholders,
officers, directors or any insiders and all adequate protection payments
ordered by the court with an asterisk or highlighting. Any payments made as a
result of a court order, should indicate the order date.

FORM 2 D
Page 4 of 4
3/11

**Expenses Income**
**Debra A. Buchanan**
**Case# 18-02672-EE**
**December 1-31, 2018**

| DATE | *Payee | Purpose | Amount |
|---|---|---|---|
| 12/1/2018 | McDade's (inc. $20 cash) | Groceries & cash | $ 51.54 |
| 12/3/2018 | Fred's | Household supplies, food | $ 74.69 |
| 12/3/2018 | Premier Pain Center (special visit, post ER) | Medical copay | $ 60.00 |
| 12/3/2018 | Shell gasoline | Auto gasoline | $ 20.33 |
| 12/4/2018 | Comcast Internet | Utilities | $ 95.95 |
| 12/10/2018 | Alfa Mutual Insurance | Auto insurance | $ 113.93 |
| 12/12/2018 | City Services (water) | Utilities | $ 19.03 |
| 12/11/2018 | Beemon Drugs | Medical copay | $ 149.88 |
| 12/13/2018 | Atmos Energy (gas) | Utilities | $ 32.00 |
| 12/14/2018 | Quinn Healthcare, PLLC  ck# 103 | Medical copay | $ 18.14 |
| 12/14/2018 | Diabetes & Endocrine Center | Medical copay | $ 60.00 |
| 12/17/2018 | Shell gasoline | Auto gasoline | $ 31.50 |
| 12/19/2018 | Shell gasoline (H'burg) | Auto gasoline | $ 28.38 |
| 12/18/2018 | Straight Talk | Phone | $ 15.00 |
| 12/18/2018 | Straight Talk (Phone) | Phone | $ 38.23 |
| 12/18/2018 | Entergy | Utilities | $ 122.00 |
| 12/19/2018 | J. R. Herrington, DMD  ck# 104 | Medical copay | $ 52.00 |
| 12/21/2018 | Smoothie King (shake mix) | Groceries | $ 42.79 |
| 12/24/2018 | McDade's (Xmas groceries) | Groceries | $ 122.20 |
| 12/24/2018 | Ambetter Ins premium for Jan. 2019 | Medical insurance | $ 115.12 |
| 12/28/2018 | Fred's | Household supplies, food | $ 38.74 |
| 12/31/2018 | Quest Diagnostics (Premier Pain Ctr) | Medical copay | $ 92.81 |
| 12/31/2018 | Walmart.com | Household supplies, food | $ 63.12 |
| 12/31/2018 | Shell gasoline | Auto gasoline | $ 24.88 |
| | TOTAL EXPENSES - Wells Fargo DIP Account | | $ 1,482.26 |

| INCOME for Dec. 1-31, 2018 | | | |
|---|---|---|---|
| DATE | Payor | Amount | |
| 12/1/2018 | HUD rental income - 940 Garvin | $ 525.00 | |
| 12/5/2018 | HUD rental income (335 Cummins) | $ 820.00 | |
| 12/5/2018 | Rental income 1828 Elaine Street | $ 650.00 | |
| 12/5/2018 | Rental income 2534 Shepwood Dr | $ 500.00 | |
| | TOTAL REVENUE | $ 2,495.00 | |

CASE NAME: Debra Buchanan                    CASE NUMBER: 18-02672-EE

## SUPPORTING SCHEDULES

For Period 12/1          to  12/31        , 20 18

## POST-PETITION ACCOUNTS PAYABLE AGING REPORT

| TYPE | INCURRED | DUE | 0-30 | 31-60 | 61-90 | OVER 90 |
|---|---|---|---|---|---|---|
| FITW | N/A | | $ | $ | $ | $ |
| FICA | N/A | | | | | |
| FUTA | N/A | | | | | |
| SITW | N/A | | | | | |
| SUTA | N/A | | | | | |
| OTHER TAX | N/A | | | | | |
| TRADE PAYABLES | N/A | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| OTHER | | | | | | |
| | | | | | | |
| | | | | | | |
| TOTALS | | | $ | $ | $ | $ |

FORM 2 E
Page 1 of 3
3/11

CASE NAME: Debra Buchanan                    CASE NUMBER: 18-02672-EE

## SUPPORTING SCHEDULES
For Period 12/1 _____ to 12/31 _____ , 20 18 _____

### ACCOUNTS RECEIVABLE AGING REPORT

| ACCOUNT NAME | INCURRED | DUE | 0-30 | 31-60 | 61-90 | OVER 90 |
|---|---|---|---|---|---|---|
| N/A | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

FORM 2 E
Page 2 of 3
3/11

CASE NAME: _Debra Buchanan_____   CASE NUMBER: _18-02672-EE_____

## SUPPORTING SCHEDULES

For Period _12/1_____ to _12/31_____, 20_18_

INSURANCE SCHEDULE

| Type | Carrier/Agent | Coverage ($) | Date of Expiration | Premium Paid |
|------|---------------|--------------|--------------------|--------------|
| Workers' Compensation | N/A | | | |
| General Liability | State Farm | $100,000.00 | 3/27/19 | |
| Property (Fire, Theft) | State Farm | $257,890.00 | 3/27/19 | |
| Vehicle | Alfa | | 5/08/19 | |
| Other (list): | | | | |
| N/A | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

(1) Attach copy of certificate of insurance or declaration page of policy for any coverage renewed or replaced during the current reporting month.

(2) For the premium paid column enter "yes" if payment of premium is current or "no" if premium payment is delinquent. If "no", explain on Form 2-F, Narrative.

FORM 2 E
Page 3 of 3
3/11

CASE NAME: Debra Buchanan

CASE NUMBER: 18-02672-EE

## NARRATIVE STATEMENT

For Period  12/1                              to  12/31                              , 20 18

Please provide a brief description of the significant business and legal action by the debtor, its creditors or the court during the reporting period.  Comments should include any change in bank accounts, explanation of extraordinary expenses, and purpose of any new post-petition financing.  Comments should also include debtor's efforts during the month to rehabilitate the business and to develop a plan.

FORM 2 F
3/11

# Wells Fargo Opportunity Checking[SM]

Account number: ▸ ■ December 1, 2018 - December 31, 2018 ■ Page 1 of 5



DEBRA A BUCHANAN
DEBTOR IN POSSESSION
CH 11 CASE #18-02672 (MS)
972 GARVIN ST
JACKSON MS 39206-5020

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**    (1-800-869-3557)

*TTY: 1-800-877-4833*
*En español: 1-877-727-2932*

華語  1-800-288-2288    *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (337)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our
company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these
convenient services with your account(s). Go to
wellsfargo.com or call the number above if you have
questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ☑ | Direct Deposit | ☐ |
| Online Bill Pay | ☑ | Auto Transfer/Payment | ☑ |
| Online Statements | ☑ | Overdraft Protection | ☑ |
| Mobile Banking | ☑ | Debit Card | ☑ |
| My Spending Report | ☑ | Overdraft Service | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 12/1 | $1,253.75 |
| Deposits/Additions | 1,500.00 |
| Withdrawals/Subtractions | - 1,222.79 |
| **Ending balance on 12/31** | **$1,530.96** |

Account numbe,

**DEBRA A BUCHANAN**
**DEBTOR IN POSSESSION**
**CH 11 CASE #18-02672 (MS)**
*Mississippi account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 062203751

**Overdraft Protection**
This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements
please call the number listed on your statement or visit your Wells Fargo store.

Account number: _____   ■ December 1, 2018 - December 31, 2018   ■ Page 2 of 5



___

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 12/3 | | Purchase authorized on 12/02 Shell Service Station Jackson MS P0058833681989343 Card 5711 | | 20.33 | |
| 12/3 | | Purchase authorized on 12/03 Fred's Jackson MS P0000000731507234 Card 5711 | | 74.69 | 1,158.73 |
| 12/4 | | Purchase authorized on 12/03 Premier Pain Care Jackson MS S588337759282000 Card 5711 | | 60.00 | |
| 12/4 | | Bill Pay Comcast on-Line Xxxxxxxxxxx83183 on 12-04 | | 95.95 | 1,002.78 |
| 12/10 | | Alfa Mutual Ins EFT Pymts 181207 50001613795 Buchanan Debra | | 113.93 | 888.85 |
| 12/11 | | Bill Pay Pharmacy on-Line 60 on 12-11 | | 149.88 | 738.97 |
| 12/12 | | Deposit Made In A Branch/Store | 1,500.00 | | |
| 12/12 | | Bill Pay City Services on-Line xxxxx00000 on 12-12 | | 19.03 | 2,219.94 |
| 12/13 | | Bill Pay Gas on-Line xxxxxx71093 on 12-13 | | 32.00 | 2,187.94 |
| 12/14 | | Purchase authorized on 12/13 Diabetes Endocrine Flowood MS S588347719022931 Card 5711 | | 60.00 | |
| 12/14 | 103 | Check | | 18.14 | 2,109.80 |
| 12/17 | | Purchase authorized on 12/15 Shell Service Station Jackson MS P0046835009954957 Card 5711 | | 31.50 | 2,078.30 |
| 12/18 | | Recurring Payment authorized on 12/16 Straighttalk*Servi 877-430-2355 FL S468350434777247 Card 5711 | | 38.23 | |
| 12/18 | | Recurring Payment authorized on 12/16 Straighttalk*Servi 877-430-2355 FL S588350483157414 Card 5711 | | 15.00 | |
| 12/18 | | Entergy Services Bill Pay 7770106590538 Debra A Buchanan | | 122.00 | 1,903.07 |
| 12/19 | | Purchase authorized on 12/18 Shell Service Station Hattiesburg MS P00388353189337219 Card 5711 | | 28.38 | 1,874.69 |
| 12/21 | | Purchase authorized on 12/20 Smoothie King #107 Jackson Hinds MS S468354597058526 Card 5711 | | 42.79 | 1,831.90 |
| 12/24 | | Purchase authorized on 12/22 McDade's Market Jackson MS P0000000679617941 Card 5711 | | 122.20 | |
| 12/24 | | Purchase authorized on 12/23 Eqt*Ambetter 866-5498038 MO S308357782993276 Card 5711 | | 115.12 | 1,594.58 |
| 12/28 | | Purchase authorized on 12/28 Fred's Jackson MS P0000000735549217 Card 5711 | | 38.74 | 1,555.84 |
| 12/31 | | Purchase authorized on 12/31 Shell Service Station Jackson MS P00588365592077984 Card 5711 | | 24.88 | 1,530.96 |
| **Ending balance on 12/31** | | | | | **1,530.96** |
| **Totals** | | | **$1,500.00** | **$1,222.79** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Summary of checks written   (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount |
|---|---|---|
| 103 | 12/14 | 18.14 |

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 12/01/2018 - 12/31/2018 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any ONE of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | $738.97 ☐ |